In the Matter of the Application of ERNEST PETRUCCI, Appellant, for an Order for the Examination of ALEXANDER ERCOLE, Respondent, in Proceedings Supplementary to Execution, etc. (Appeal No. 1.) — Order of the County Court of Queens county reversed upon the law, with ten dollars costs and disbursements. The examination is directed to be held before the Queens county judge on November 13, 1922, at the county court house, Long Island City, at ten o'clock, A. M. The county judge of Queens county has jurisdiction of this proceeding. The provisions of section 778 of the Civil Practice Act do not confer jurisdiction upon the City Court of the City of New York of a supplementary proceeding to examine a judgment debtor residing without the territorial jurisdiction of that court. If the Queens county judge is disqualified, appellant may apply to the Supreme Court, under section 190 of the Civil Practice Act, for removal of the proceeding to that court. Blackmar, P. J., Jaycox, Manning, Kelby and Young, JJ., concur.

In the Matter of the Application of ERNEST PETRUCCI, Appellant, in Proceedings Supplementary to Execution, etc., against ALEXANDER ERCOLE, for an Order for the Examination of HERBERT A. O'BRIEN, a Third Party. (Appeal No. 2.) — Order of the County Court of Queens county reversed upon the law, with ten dollars costs and disbursements, upon the same grounds stated in our memorandum in *Matter of Petrucci* v. *Ercole, No. 1* (*ante*, p. 871), decided herewith. The examination is directed to be held before the Queens county judge on November 13, 1922, at the county court house, Long Island City, at ten o'clock, A. M. Blackmar, P. J., Jaycox, Manning, Kelby and Young, JJ., concur.

SAMUEL KOFFLER, Respondent, v. THE WESTERN UNION TELEGRAPH COMPANY, Appellant.— Judgment and order unanimously affirmed, pursuant to Civil Practice Act, section 106, with costs. No opinion. Present — Blackmar, P. J., Kelly, Manning, Kelby and Young, JJ.

JOHN KRAGEIR, Appellant, v. ADAM YAGUJINSKY, Defendant, Impleaded with PAUL HEISER, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Jaycox, Manning, Kelby and Young, JJ.

STEVE LINKE, Respondent, v. FRANK ZOLDI, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Kelly, Manning, Kelby and Young, JJ., concur.

JOSEPHINE LOEHR, Respondent, v. ADOLPH LOEHR, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Jaycox, Manning, Kelby and Young, JJ., concur.

CATHERINE V. MANNING, Respondent, v. MARY LEONE, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Kelly, Manning, Kelby and Young, JJ.

GUISEPPE MOSCHELLE, Appellant, v. EAST RIVER STEVEDORING COMPANY, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Kelly, Manning, Kelby and Young, JJ.